UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE LAW FIRM OF GREGORY KUCZINSKI, ESQ., P.C. GREGORY KUCZINSKI, ON BEHALF OF HBC HOLDINGS, LLC, RAYMOND FAROUDI, A1 MINING, and LINO E. DUMANI,

          Plaintiff,

v.

THE KURLAND LAW GROUP, AS ESCROW AGENT, KURLAND LAW GROUP, THE KURLAND LAW GROUP, SARI K. KURLAND, IN HER INDIVIDUAL CAPACITY, and ATTORNEY GRIEVANCE COMMISSION OF MARYLAND OFFICE OF BAR COUNSEL, AS A NOMINAL DEFENDANT,

          Defendants.

No. 24-CV-957 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On February 8, 2024, Plaintiff initiated this action and together with filing its Complaint, has sought an Order "authorizing the Conservator, the Attorney Grievance Commission of Maryland Office of Bar Counsel and/or any governing body having jurisdiction over Attorney escrow funds and records to release the sum of $250,000.00 or the maximum amount allowed by law to Plaintiff." It is hereby:

    ORDERED that Defendants shall respond to this application no later than thirty (30) days after they have been properly served with this Order, the Complaint, the Affidavit of Gregory Kuczinski and proposed Order to Show Cause. Plaintiff may have fourteen (14) days to respond. Service shall be effectuated consistent with the Federal Rules of Civil Procedure and proof of such service promptly filed on the docket.  Plaintiff's request that service by overnight courier be

deemed sufficient is granted consistent with Local Civil Rule 5.3, but only with respect to those Defendants that remain attorneys in good standing.

SO ORDERED.

Dated:   February 9, 2024
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge