UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE LAW FIRM OF GREGORY
KUCZINSKI, ESQ., P.C. GREGORY
KUCZINSKI, ON BEHALF OF HBC
HOLDINGS, LLC, RAYMOND FAROUDI,
A1 MINING, and LINO E. DUMANI,

                  Plaintiffs,

                  v.

THE KURLAND LAW GROUP, as escrow
agent, KURLAND LAW GROUP, THE
KURLAND LAW GROUP, and SARI K.
KURLAND, in her individual capacity,

                  Defendants.

No. 24-CV-957 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On February 16, 2024, Plaintiffs filed an affidavit of service stating that all Defendants were served on February 14, 2024. Defendants' answer was due on March 14, 2024. No Defendant has appeared, answered, or otherwise responded to the Court's Order, dated February 9, 2024. *See* Dkt. No. 6. Defendants shall do so or seek an extension by April 26, 2024. If Defendants fail to do so, and Plaintiffs intend to move for default judgment, they shall do so by May 10, 2024.

Plaintiffs shall serve a copy of this Order on Defendants and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    April 9, 2024
            New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge