UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE LAW FIRM OF GREGORY KUCZINSKI, ESQ., P.C. GREGORY KUCZINSKI, ON BEHALF OF HBC HOLDINGS, LLC, RAYMOND FAROUDI, A1 MINING, and LINO E. DUMANI,

                Plaintiffs,

v.

THE KURLAND LAW GROUP, as escrow agent, KURLAND LAW GROUP, THE KURLAND LAW GROUP, and SARI K. KURLAND, in her individual capacity,

                Defendants.

No. 24-CV-957 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On April 9, 2024, the Court ordered Defendants to appear, answer, or otherwise respond to the Court's February 9, 2024 Order by April 26, 2024. *See* Dkt. No. 11. The Court further ordered Plaintiffs to move for default judgment, if they intend to do so, no later than May 10, 2024. *Id.* To date, the Court has received no submissions from either party.

Plaintiffs shall have one last opportunity to move for default judgment by June 28, 2024. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 30, 2024
             New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge